IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN LECHER ZAPATA, an individual, and COLLEE M. LECHER, an individual, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3026 |
| v. | ) ) | |
| CSC CREDIT SERVICE, unknown entity, TRANSUNION CREDIT SERVICE, EXPERIAN CREDIT SERVICE, unknown entity, EQUIFAX CREDIT SERVICE, unknown entity, DUNN AND BRADSTREET, unknown entity, and DOES 1 THROUGH 100, | ) ) ) ) ) ) ) ) | REASSIGNMENT ORDER |
| Defendants. | ) ) | |

It has come to this court's attention that the judges were assigned in error in this case. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Joseph F. Bataillon for disposition and to Magistrate Judge David L. Piester for pro se docket supervision and processing of all pretrial matters.

DATED this 12th day of February, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge