IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN LECHER ZAPATA, an individual, and COLLEE M. LECHER, an individual, | ) ) ) ) | 4:08CV3026 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| CSC CREDIT SERVICE, unknown entity, TRANSUNION CREDIT SERVICE, EXPERIAN CREDIT SERVICE, unknown entity, EQUIFAX CREDIT SERVICE, unknown entity, DUNN AND BRADSTREET, unknown entity, and DOES 1 THROUGH 100, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the court's Memorandum and Order filed this date,

FINAL JUDGMENT is hereby entered, providing that:

1. This matter is dismissed without prejudice; and

2. This matter is remanded to the District Court of Lancaster County, Nebraska.

March 12, 2008.                              BY THE COURT:

                                             s/ Joseph F. Bataillon
                                             Chief United States District Judge