IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN LECHER ZAPATA, an individual, and COLLEE M. LECHER, an individual, | ) ) ) ) | 4:08CV3026 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| CSC CREDIT SERVICE, unknown entity, TRANSUNION CREDIT SERVICE, EXPERIAN CREDIT SERVICE, unknown entity, EQUIFAX CREDIT SERVICE, unknown entity, DUNN AND BRADSTREET, unknown entity, and DOES 1 THROUGH 100, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on Defendant Dunn and Bradstreet's Motion to Withdraw Notice of Removal. (Filing No. 8.) The court has reviewed Defendant's Motion and Defendants Transunion Credit Service and Experian Credit Service's Statements Regarding Motion to Withdraw Notice of Removal. (Filing Nos. 13 and 17.) For good cause shown, and because no party objects to the withdrawal of the Notice of Removal, Defendant Dunn and Bradstreet's Motion is granted.

IT IS THEREFORE ORDERED that:

1. Defendant Dunn and Bradstreet's Motion to Withdraw Notice of Removal (filing no. 8) is granted.

2. This matter is dismissed without prejudice and remanded back to the Lancaster County, Nebraska District Court.

3. A separate judgment will be entered in accordance with this Memorandum and Order.

March 12, 2008.  BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge