IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN LECHER ZAPATA, an individual, and COLLEE M. LECHER, an individual, | ) ) ) ) | 4:08CV3026 |
| Plaintiffs, | ) ) ) | **MEMORANDUM AND ORDER** |
| v. | ) ) | |
| CSC CREDIT SERVICE, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiffs' Motion to Dismiss Party. (Filing No. 26.) This matter was dismissed and remanded back to the Lancaster County, Nebraska District Court on March 12, 2008. (Filing Nos. 19 and 20.) The Motion is therefore denied and a copy will be forwarded to the jurisdiction in which Plaintiffs' claims are now pending.

IT IS THEREFORE ORDERED that:

1. Plaintiffs' Motion to Dismiss Party (filing no. 26) is denied.

2. The Clerk of the court shall forward a copy of this Memorandum and Order and Plaintiffs' Motion to Dismiss Party (filing no. 26) to the Lancaster County, Nebraska District Court.

January 29, 2009.                    BY THE COURT:

                                                           s/ Joseph F. Bataillon
                                                           Chief United States District Judge